UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD MILES, ) | |
| ) | |
| Petitioner, ) | Case No. CV 11-1269 DOC (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| JAMES YATES, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: April 12, 2011

_____
David O. Carter
United States District Judge