UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RICHARD MILES,                  )
                                )
            Petitioner,         )   Case No.  CV 11-1269-DOC(AJW)
                                )
vs.                             )
                                )
JAMES YATES,                    )   JUDGMENT
                                )
            Respondent.         )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.


Dated: April 12, 2011

David O. Carter
United States District Judge